IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00400-RJC-DSC

| RAKIYA NESBIT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| YASMINE M. RATTIGAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Upon motion to remand by Plaintiff Rakiya Nesbit, pursuant to 28 U.S.C. § 1447(c), and consent of Defendant Yasmine M. Rattigan to the motion, the Court determines that remand of the Action to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina is appropriate without the necessity of ruling on the arguments made by the Plaintiff in support of the Motion to Remand. The parties have determined that the amount in controversy is less than $75,000 and have therefore brought this consent motion to remand, which this Court will grant.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Remand, (Doc. No. 5), is **GRANTED;**

2. that the cause is remanded to the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina for further proceedings; and

3. the Clerk of Court is directed to close this case.

Signed: September 25, 2020

Robert J. Conrad, Jr.
United States District Judge